Enrique AYALA–JIMENEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 07–73988.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 16, 2010.

Gloria G. Lopez, Esquire, Law Office of Gloria Lopez, San Francisco, CA, for Petitioner.

John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, OIL, Linda S. Wendtland, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN and
PAEZ, Circuit Judges.

### MEMORANDUM **

Enrique Ayala–Jimenez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his application for adjustment of status. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo, *Esquivel–Garcia v.*

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Holder*, 593 F.3d 1025, 1028 (9th Cir.2010), and we deny the petition for review.

It is undisputed that Ayala–Jimenez pleaded guilty to possession for sale of a controlled substance under California law. Ayala–Jimenez's testimony is sufficient evidence to support the IJ's finding that the controlled substance involved in Ayala–Jimenez's conviction was cocaine. *See id.* at 1030. As such the IJ did not err in denying Ayala–Jimenez's application for adjustment of status because he is inadmissible, *see* 8 U.S.C. § 1182(a)(2)(A)(i), and ineligible for a waiver of inadmissibility under 8 U.S.C. § 1182(h).

Ayala–Jimenez's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.